**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF AMERICAN COMMERCIAL BARGE LINE LLC AND ACBL TRANSPORTATION SERVICES LLC, AS OWNERS PRO HAC VICE OF THE M/V SAFETY GOAL, ITS ENGINES, TACKLE, GEAR, APPURTENANCES, ETC.** *IN REM* **COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO.**<br><br>**JUDGE:**<br><br>**MAGISTRATE:**<br><br>**FILED UNDER ADMIRALTY RULE 9(h)** |

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I, Ben T. White, II, declare under penalty of perjury that:

1. I am the Senior Corporate and Risk Counsel of American Commercial Barge Line LLC and ACBL Transportation Services LLC; and I am authorized to make this Verification on behalf of American Commercial Barge Line LLC and ACBL Transportation Services LLC (hereinafter collectively the "ACBL Petitioners");

2. I have read the above and foregoing Complaint in Limitation and know the contents thereof, and the same is true to the best of my knowledge, information and belief; that the sources of my information and the grounds for my belief are statements, documents and information in the possession of the ACBL Petitioners, or furnished to me by employees or agents of said company, and that I make this verification as the duly authorized agent of the ACBL Petitioners.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __25th__ day of __April__ 2023.

_____
**BEN T. WHITE, II**
**SENIOR CORPORATE & RISK COUNSEL**
**AMERICAN COMMERCIAL BARGE LINE LLC**
**AND ACBL TRANSPORTATION SERVICES LLC**