UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL BARGE LINE LLC AND ACBL TRANSPORTATION SERVICES LLC, AS OWNERS PRO HAC VICE OF THE M/V SAFETY GOAL, ITS ENGINES, TACKLE, GEAR, APPURTENANCES, ETC. *IN REM* COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 3:23-cv-364<br><br>JUDGE: Brian A. Jackson<br><br>MAGISTRATE: Erin Wilder-Doomes |

CLAIMANT GEORGE BATES CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

COMES NOW Claimant George Bates and files this Certificate of Financially Interested Parties within the meaning of the Court's Order as follows:

1. George Bates
2. American Commercial Barge Line LLC
3. ACBL Transportation Services LLC
4. Marquette Transportation Company, LLC
5. Marquette Transportation Company Gulf-Inland, LLC

Respectfully Submitted,

ARNOLD & ITKIN LLP

*/s/ Trent Shelton*

Trent Shelton, Roll #39675
tshelton@arnolditkin.com
6009 Memorial Drive

        Houston, TX  77007
        Tel: 713.222.3800
        Fax: 713.222.3850
        e-service@arnolditkin.com

        CLAYTON, FRUGE, & WARD

        */s/ Michael P. Fruge*
        A.M. "Tony" Clayton, Roll #21191
        Michael P. Fruge, Roll #26287
        Richard J. Ward, III, Roll #32267
        Michael C. Hendry, Roll #35819
        Randall "Blue" Gay, Jr., Roll #36464
        Brilliant P. Clayton, Roll #36829
        3741 La Highway 1 South
        Port Allen, Louisiana 70767
        Tel: 255.344.7000
        Fax: 255.383.7631

**ATTORNEYS FOR CLAIMANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF on July 5, 2023, which will provide a copy of the foregoing document to all counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure.

        */s/ Trent Shelton*
        Trent Shelton