# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERIAL BARGE LINE LLC AND ACBL TRANSPORTATION SERVICES LLC, AS OWNERS PRO HACE VICE OF THE M/V SAFETYGOAL, ITS ENGINES, TACKLE, GEAR, APPURTENANCES, ETC. IN REM COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

3:23-cv-00364-BAJ-EWD

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Marquette Transportation Company, LLC

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

1. Marquette Transportation Company, LLC - Claimant

2. Marquette Transportation Company Gulf-Inland, LLC - Claimant

3. George Bates - Claimant

4. American Commercial Barge Line LLC - Limitation Plaintiff

5. ACBL Transportation Services LLC - Limitation Plaintiff

Evans Martin McLeod (Bar # 24846)

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.